# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## In the matters of civil proceedings filed in connection with the Flood of 2016

## ORDER

Pending before the court are Motions for Discovery Conferences in certain of the consolidated matters. All pending motions are filed by defendants in certain actions seeking compliance from plaintiffs in certain actions with the Limited Scheduling Order issued by the court on May 23, 2018, which required automatic disclosures of specific information by plaintiffs and defendants to facilitate resolution of these matters.

**IT IS HEREBY ORDERED** that the following Motion for Discovery Conference is **GRANTED** an in-person discovery conference is scheduled at **9:30 a.m. on October 1, 2018** in Courtroom 5 before Magistrate Judge Erin Wilder-Doomes:

- 17-678-SDD-EWD, *Meredith, et al. v. USAA Gen. Indem. Co., et al.*, R. Doc. 55, filed by Lugenbuhl, Wheaton, Peck, Rankin & Hubbard against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motion for Discovery Conference is **GRANTED** an in-person discovery conference is scheduled at **10:30 a.m. on October 1, 2018** in Courtroom 5 before Magistrate Judge Erin Wilder-Doomes:

- 17-540-BAJ-EWD, *B & D Properties, LLP v. National Flood Ins. Program*, R. Doc. 65, filed by the Federal Defendants against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** an in-person discovery conference is scheduled at **1:30 p.m. on October 1, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-183-BAJ-EWD, *Koosman v. Liberty Mutual Fire Ins. Co.*, R. Doc. 57, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-495-BAJ-EWD, *Botos v. Hartford Ins. Co. of the Midwest, et al.*, R. Doc. 63, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-696-SDD-EWD, *Overstreet v. Foremost Ins. Co.*, R. Doc. 33, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-1094-JWD-EWD, *Smiley v. New Hampshire Ins. Co.*, R. Doc. 58, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-1629-SDD-EWD, *Annison, et al. v. Metropolitan Property and Cas. Ins. Co.*, R. Doc. 26, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-1652-SDD-EWD, *Slaughter v. Imperial Fire & Cas. Ins. Co.*, R. Doc. 40, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** an in-person discovery conference is scheduled at **2:30 p.m. on October 1, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-183-BAJ-EWD, *Koosman v. Liberty Mutual Fire Ins. Co.*, R. Doc. 58, filed by Nielsen & Treas, LLC against clients of The Nicaud & Sunseri Law Firm

- 17-495-BAJ-EWD, *Botos v. Hartford Ins. Co. of the Midwest, et al.*, R. Doc. 64, filed by Nielsen & Treas, LLC against clients of The Nicaud & Sunseri Law Firm

- 17-696-SDD-EWD, *Overstreet v. Foremost Ins. Co.*, R. Doc. 32, filed by Nielsen & Treas, LLC against clients of The Nicaud & Sunseri Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** an in-person discovery conference is scheduled at **3:30 p.m. on October 1, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-495-BAJ-EWD, *Botos v. Hartford Ins. Co. of the Midwest, et al.*, R. Doc. 65, filed by Nielsen & Treas, LLC against clients of Weisbrod, Matteis & Copley, LLC

- 17-1094-JWD-EWD, *Smiley v. New Hampshire Ins. Co.*, R. Doc. 57, filed by Nielsen & Treas, LLC against clients of Weisbrod, Matteis & Copley, LLC

- 17-1652-SDD-EWD, *Slaughter v. Imperial Fire & Cas. Ins. Co.*, R. Doc. 39, filed by Nielsen & Treas, LLC against clients of Weisbrod, Matteis & Copley, LLC

**IT IS FURTHER ORDERED** that the following Motion for Discovery Conference is **GRANTED** an in-person discovery conference is scheduled at **4:30 p.m. on October 1, 2018** in Courtroom 5 before Magistrate Judge Erin Wilder-Doomes:

- 17-540-BAJ-EWD, *B & D Properties, LLP v. National Flood Ins. Program*, R. Doc. 66, filed by the Federal Defendants against clients of Weisbrod, Matteis & Copley, LLC

Counsel are encouraged to continue to confer in an effort to resolve the issues raised in the Motions for Discovery Conferences. In the event all issues raised by any motion are resolved, counsel for the movant shall immediately contact chambers for the magistrate judge before whom the motion is pending to so advise.

The granting of discovery conferences in these matters does not impact the deadlines set forth in the court's Limited Scheduling Order. All deadlines established in the Limited Scheduling Order remain in effect.

_____
Magistrate Judge Erin Wilder-Doomes
United States District Court
Middle District of Louisiana

3